**Fill in this information to identify the case:**

Debtor 1: Jill Marie Paukstis

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern    District of IL
(State)

Case number: 15-40662

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 5263 ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice: 10 / 01 / 2020

**New total payment:** $ 1,269.91
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 671.90     New escrow payment: $ 648.94

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %
   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1  Jill Marie Paukstis
          First Name  Middle Name  Last Name

Case number (*if known*) 15-40662

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Michelle R. Ghidotti-Gonsalves
Signature

Date  8 / 21 / 2020

Print:  Michelle R. Ghidotti-Gonsalves
        First Name   Middle Name   Last Name

Title  AUTHORIZED AGENT

Company  Ghidotti Berger, LLP

Address  1920 Old Tustin Ave
         Number        Street
         Santa Ana, CA 92705
         City          State    ZIP Code

Contact phone  (949) 427 – 2010

Email  bknotifications@ghidottiberger.com

---

Official Form 410S1                 **Notice of Mortgage Payment Change**                 page **2**

SN Servicing Corporation                                     Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   August 07, 2020

JILL M PAUKSTIS
7818 W ARGYLE ST                                    Property Address:
NORRIDGE IL  60706                                  16026 GOLFVIEW DRIVE
                                                    LOCKPORT, IL  60441


## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from June 2020 to Sept 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Oct 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 544.67 | 620.97 ** |
| Escrow Payment: | 671.90 | 648.94 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,216.57 | $1,269.91 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Sep 01, 2019 |
| Escrow Balance: | (3,627.61) |
| Anticipated Pmts to Escrow: | 8,734.70 |
| Anticipated Pmts from Escrow (-): | 3,002.12 |
| Anticipated Escrow Balance: | $2,104.97 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | (3,112.94) |
| Jun 2020 | | 671.90 | | * | | 0.00 | (2,441.04) |
| Jun 2020 | | | | 2,948.18 * | County Tax | 0.00 | (5,389.22) |
| Jun 2020 | | | | 53.94 * | Mortgage Insurance | 0.00 | (5,443.16) |
| Jul 2020 | | 671.90 | | * | | 0.00 | (4,771.26) |
| Jul 2020 | | (1,343.80) | | * | | 0.00 | (6,115.06) |
| Jul 2020 | | 2,754.18 | | * | Escrow Only Payment | 0.00 | (3,360.88) |
| Jul 2020 | | | | 26.97 * | Mortgage Insurance | 0.00 | (3,387.85) |
| Jul 2020 | | | | 239.76 * | Escrow Only Payment | 0.00 | (3,627.61) |
| | | | | | Anticipated Transactions | 0.00 | (3,627.61) |
| Aug 2020 | | 8,062.80 | | 26.97 | Mortgage Insurance | | 4,408.22 |
| Sep 2020 | | 671.90 | | 2,948.18 | County Tax | | 2,131.94 |
| Sep 2020 | | | | 26.97 | Mortgage Insurance | | 2,104.97 |
| | $0.00 | $11,488.88 | $0.00 | $6,270.97 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.


Last year, we  anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

Page 1

SN Servicing Corporation  Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  August 07, 2020

JILL M PAUKSTIS

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 2,104.97 | 621.96 |
| Oct 2020 | 648.94 | 26.97 | Mortgage Insurance | 2,726.94 | 1,243.93 |
| Nov 2020 | 648.94 | 26.97 | Mortgage Insurance | 3,348.91 | 1,865.90 |
| Dec 2020 | 648.94 | 26.97 | Mortgage Insurance | 3,970.88 | 2,487.87 |
| Jan 2021 | 648.94 | 1,567.27 | Homeowners Policy | 3,052.55 | 1,569.54 |
| Jan 2021 | | 26.97 | Mortgage Insurance | 3,025.58 | 1,542.57 |
| Feb 2021 | 648.94 | 26.97 | Mortgage Insurance | 3,647.55 | 2,164.54 |
| Mar 2021 | 648.94 | 26.97 | Mortgage Insurance | 4,269.52 | 2,786.51 |
| Apr 2021 | 648.94 | 26.97 | Mortgage Insurance | 4,891.49 | 3,408.48 |
| May 2021 | 648.94 | 26.97 | Mortgage Insurance | 5,513.46 | 4,030.45 |
| Jun 2021 | 648.94 | 2,948.18 | County Tax | 3,214.22 | 1,731.21 |
| Jun 2021 | | 26.97 | Mortgage Insurance | 3,187.25 | 1,704.24 |
| Jul 2021 | 648.94 | 26.97 | Mortgage Insurance | 3,809.22 | 2,326.21 |
| Aug 2021 | 648.94 | 26.97 | Mortgage Insurance | 4,431.19 | 2,948.18 |
| Sep 2021 | 648.94 | 26.97 | Mortgage Insurance | 5,053.16 | 3,570.15 |
| Sep 2021 | | 2,948.18 | County Tax | 2,104.98 | 621.97 |
| | $7,787.28 | $7,787.27 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 621.97.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 1,297.88 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,104.97.  Your starting balance (escrow balance required) according to this analysis should be $621.96.  This means you have a surplus of 1,483.01.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 7,787.27.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 648.94 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $648.94 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**CERTIFICATE OF SERVICE**

On August 21, 2020, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

Marilyn O Marshall courtdocs@chi13.com

Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

Robert Skowronski rbskowronski@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton

On August 21, 2020, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

```
DEBTOR
Jill Marie Paukstis
2640 N Avondale Ave, B
Chicago, IL 60647
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton